# Court of Appeals of the State of Georgia

ATLANTA,  July 17, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1578. JACKS GUY CHATTUAIS v. THE STATE.

In 2019, Jacks Guy Chattuais was convicted of aggravated assault and other crimes. Chattuais filed a motion for new trial, which the trial court denied. Proceeding pro se, Chattuais thereafter filed this direct appeal.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, the trial court denied the motion for new trial on January 24, 2023. Chattuais, however, did not file his notice of appeal until Friday, February 24, 2023, 31 days later. Because Chattuais's notice of appeal is untimely, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/17/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Although Chattuais was represented by counsel at trial, the trial court subsequently granted his request for self-representation.